DEN, ON THE DEMISE OF THE CHEWS, v. DRIVER AND TATEM.

1. Where the plaintiff has been guilty of negligence in not bringing on the trial, the court will discharge the rules to stay waste.

2. The court ordered a deed under which plaintiff claimed, and which was alleged to be a forgery, to be left in the hands of the Chief Justice for the inspection of the defendant.  *Quere.*

---

The defendants being in possession of the premises, the plaintiff had obtained rules for staying of waste pending the actions.

*Leake*, this term, moved to discharge the rules, on the ground that the plaintiffs had not proceeded to trial in the causes.

PER CUR.   The causes were noticed for trial, first, in May last, by the plaintiffs ;  second, in September last, by defendants.   They went off on the ground of absent witnesses ;  but, this term, the plaintiffs have not noticed the causes.   For this reason, the rules to stay waste must be discharged.   One ground of defence in these causes was, that the deed on which plaintiffs claimed was a forgery.   The counsel for the defendants moved for leave to inspect it, which was ordered ;  and

I

that it should be left for that purpose two months in the hands of the Chief Justice.

NOTE.—The Chief Justice afterwards said that he thought this order was not justifiable by any precedent, and he never would consent to such a thing again.

